Dear Judge Martinez,

    Hello, I am Brandon's Mom, Denise M Bourret.  The crimes Brandon committed are horrible, shocking and unthinkable. Punishment is deserved, and final sentencing is in the near future. I am only asking that you allow me to tell you about the Brandon that I know and love so much.

    I had quit school in the 11th grade, and had my own apt by the time I was 17.  When I became pregnant at 18, my Mom told me that if I didn't think I could feed, cloth, and keep a roof over the baby, without government assistance or handouts from family, then I needed to make a different decision. I was adopted, so that option was out, as well as the thought of an abortion.  My Brandon was born just over 2 weeks, after my 19th birthday.  He was a very good, kind, loving and conscience little guy growing up. He loved and cared for his cats, and me, his Mom. It has always been just the two of us, and it was a tough road ahead. There has never been any contact or support from Brandon's Father, and they have never met. I worked as a bartender/waitress almost every night, and sometimes during the day to try and make ends meet. I pacified myself during our day to day struggles by drinking, in excess. Whether with a family member or a babysitter, I was always drunk when I got home from work or picked Brandon up.  Unfortunately for Brandon, I didn't just drink at work, I drank all of the time. Because of this, Brandon had to learn how to grow up at a very young age.  By the time B was 10, he was watching himself, for the most part, while I was working. There were many mornings I couldn't get out of bed because of drinking to an almost blackout state the night before, and Brandon would take care of me. Getting me water and aspirin and telling me that it was okay, You'll feel better soon mom, he would tell me. Many mornings I would awake to find Brandon was gone, had gotten up, dressed and by the look of the kitchen, had made himself lunch out of whatever food was at hand. There were times I was out with friends during the day, drinking and playing pool, and when I got home, there, on the front steps was a very upset, angry little boy waiting for his mom to come home because he couldn't get in the house. Brandon didn't have a lot of friends when he was a youngster.  He was teased and bullied for being over weight, having a gap between his front teeth, and just plain being so nice and considerate.  These were some of the things that attributed to his staying inside and entertaining himself, the same way he entertained himself while he was alone and I was working. Not many friends growing up, or as an adult. He has always been pretty much, a loner.  Brandon's teeth were quite decayed when he was in grade school, and with no insurance, it was hard to find a dentist that would work with me. One time Brandon wasn't feeling well, watching himself while I was at work, and when I got home, I noticed a bottle of pink liquid in the fridge.  I asked Brandon what it was, and he said he remembered taking a pinkish liquid when he hadn't felt well before, and since we didn't have any, he made a concoction out of things in the fridge and kitchen to look like the pink medicine. He was positive that his homemade medicine would make him better.  Being unable to pay rent, or falling behind caused us to move often, which didn't help Brandon in school or making any friends. Food wasn't very plentiful, lots of hot dogs and potatoes.  One hot, humid Iowa night, the only thing available for dinner was popcorn and koolaide, so I turned the tv facing out the front windows, and we had our dinner outside.   Of course, he was to young to understand that wasn't a proper dinner.  If I made Brandon an egg and toast, and there was anything leftover, I'd wrap it up, to save for another meal for him. Clothes were usually washed and hung in our bathroom, because of no car or funds for taxi's and laundromats. We walked everywhere, school, work, grocery store, and activities on the few and far between days off were usually spent in the yard, if we had a yard.  When the utilities were shut off for non payment, my Mom did come and get Brandon. She told me when I figured out how to get them back on, she'd bring Brandon back. As Brandon got older, into junior high, we were having verbal arguments, and a few slaps that I gave him for talking back. However, me being intoxicated, I did throw a monopoly game and a knick knack at him, but they didn't hit him, but the knick knack did put a hole in the wall. He was so angry and mad at me because of my drinking, and he can't be blamed

**Exhibit A**

for that. I don't believe Brandon ever saw me totally sober until I quit drinking in 2004. Not being able to provide better for Brandon or stay sober for Brandon while he was growing up always made me sad, and ashamed, but I did and still do love him more than life itself. I wish that love could have been enough for me to stop the drinking, so I could have been a more hands on, attentive Mom, but it didn't. Eventually, in junior high and high school Brandon started running with a crowd that could help keep him from being bullied, and I wasn't present enough to guide him otherwise, which a regret that will never go away. Even through all of our struggles, hard times and ups and downs, Brandon and I have always had a very close and loving relationship. We have a special bond, friendship and Love for each other that continues on to this day. Brandon was always very helpful around the house, cleaning and cooking, and taking care of me. I couldn't have asked for a better son, a great friend and a good soul. I understand the tragedy and seriousness of what happened that has put my son behind bars. I am hoping that you can see that Brandon has the ability and potential to be a good citizen outside of prison one day. And I pray everyday, that I will still be alive to welcome him home. I am 66 years old, and didn't age very gracefully. Numerous medical conditions make the odds more likely that not, that I won't be here for the long haul. I suffer from COPD, crippling arthritus, type II diabetes, high blood pressure, morbid obesity, anxiety and depression. I need and want to have some kind of life, at home, helping me, sober Denise, his Mom that Loves him. Brandon isn't a throw away. He can do good in this world, and I would like to be a part of that, with him at home. I pray every day and night, for a sentence that gives Brandon a chance at life again. And I pray that I am still here when that day comes. I Love Brandon with all of my heart, and am here, waiting for him.

Thank you for your time time and consideration,

Denise M Bourret
Dated 10/13/2022